NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SA CV 03-255 AHS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING DEFENDANT |
| | ) | JASON KOENIG'S MOTION TO |
| JASON KOENIG, | ) | AMEND THE RESTITUTION ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court, having considered the above-entitled Motion, the declarations attached thereto, and the government's non-opposition, Orders as follows:

The prior restitution order, entered on May 26, 2005, is hereby modified to reflect that in exchange for a lump sum payment in the amount of $149,086.00 by Jason Koenig to DuPuy Spine, Inc. within 15 days of the date of this Order, the remaining restitution amount relating to investigation costs shall be waived and Jason Koenig's restitution obligations shall

//

//

1  be deemed satisfied in full.  All monies paid directly to the
2  foregoing victim shall be credited toward the outstanding
3  restitution balance in this case.
4         IT IS SO ORDERED.
5         Dated:  April 8, 2011.

7                              <u>ALICEMARIE H. STOTLER</u>
                               ALICEMARIE H. STOTLER
8                              UNITED STATES DISTRICT JUDGE